CHAMBERS COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARRYL WESTLY HUDSON,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN DUFFY, Warden,<br><br>    Respondent. | C 13-3782 JSW (PR)<br><br>[PROPOSED] ORDER<br>(Docket No 21) |

For good cause shown, respondent is granted until May 15, 2015, within which to file with the court and serve on petitioner an answer or other responsive pleading. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within twenty-eight (28) days of the date the answer is filed.

IT IS SO ORDERED.

DATED: MAY 2 2 2015

JEFFREY S. WHITE
United States District Judge

1

[Proposed] Order: *Hudson v. Duffy*  (C 13-3782 JSW (PR))